IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-3495
(District Court Case No. 07-CV-0027 (E.D. Mo.))
**CAPITAL § 2255 PROCEEDINGS**

Billie Jerome Allen,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR SCHEDULING ORDER TO FILE
PETITION FOR CERTIFICATE OF APPEALABILITY**

Appellant Billie Jerome Allen, through counsel, respectfully asks this Court

to grant him forty-five days within which to file his Petition for a Certificate of

Appealability from the decision of the United States District Court for the Eastern

District of Missouri denying his motion pursuant to 28 U.S.C. § 2255 and denying

a certificate of appealability.  The Government has no opposition to this request.

In support of this Motion, Appellant states:

1.      Appellant is a death-sentenced federal prisoner.

2.      On April 17, 1997, Appellant and his co-defendant, Norris Holder,

were indicted on two capital counts in connection with a bank robbery and murder

of the bank security guard.  Trial was held over several weeks in February and March 1998.  Appellant was convicted.  On the first count, the jury sentenced him to life imprisonment, and on the second count, the jury sentenced him to death.

3.　　　　This Court affirmed.  *United States v. Allen*, 247 F.3d 741 (2001).  The Supreme Court granted certiorari and remanded in light of *Ring v. Arizona*, 536 U.S. 584 (2002).  *Allen v. United States*, 536 U.S. 953 (2002).

4.　　　　On remand, a panel of this Court granted relief from Appellant's death sentence.  *United States v. Allen*, 357 F.3d 745 (8th Cir. 2004).  The en banc Court then reversed and reinstated the death sentence.  *United States v. Allen*, 406 F.3d 940 (8th Cir. 2005) (en banc).  The Supreme Court denied certiorari.  *Allen v. United States*, 127 S. Ct. 826 (2006).

5.　　　　In January 2007, Appellant filed in District Court a motion pursuant to  28 U.S.C. § 2255 (Doc. 1), as later amended and supplemented.  The District Court denied discovery and denied an evidentiary hearing on all but one claim raised in the motion.  On that claim, alleging trial counsel's ineffectiveness at penalty phase, the court held an evidentiary hearing over the course of 17 court days between June and December 2012.  The hearing transcripts cover approximately 4,000 pages, not including several hundred voluminous exhibits that were entered into evidence.

6. On June 25, 2014, the District Court denied the § 2255 motion *in toto* and denied a certificate of appealibility on all claims. (Doc. Nos. 373-75.) On July 23, 2014, Appellant filed a Rule 59 motion, which the District Court denied on August 22, 2014. (Doc. Nos. 379, 382.)

7 Appellant timely filed a *Notice of Appeal* on October 20, 2014. (Doc. No. 383.) This Court docketed the appeal on November 4, 2014.

8. The pre-trial, trial, appeal, and post-conviction record in this case spans many thousands of pages and involves complex issues of procedural and constitutional law.

9. As a federal death penalty case, this matter warrants the most effective advocacy by undersigned counsel and the most careful scrutiny by this Court.

10. In order to prepare a petition for certificate of appealability that meets the high standard of advocacy expected by this Court, counsel must review the record thoroughly, research the availability and propriety of a certificate of appealability as to each of Appellant's claims for relief, and consult with Appellant, who is imprisoned in Terre Haute, Indiana. Accordingly, Appellant requests an additional forty-five days within which to file a Petition for Certificate of Appealability.

11. Undersigned counsel has conferred with Government counsel, Carrie Constantin, Esq., who has indicated that the Government has no objection to this request.

WHEREFORE, Mr. Allen respectfully asks this Court to grant him forty-five days, until December 19, 2014, within which to file a Petition for Certificate of Appealability.

Respectfully Submitted,

 /s/ Timothy Kane
Timothy Kane
Eric Montroy
Capital Habeas Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:        November 4, 2014

## Certificate of Service

I, Timothy Kane, hereby certify that on this 4th day of November, 2014, I filed the foregoing motion with electronic service to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

/s/ Timothy Kane
Timothy Kane