14-3495  Billie Allen v. United States

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/04/2014

**Case Name:**    Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
MOTION for extension of time to file Application for Certificate of Appealability until 12/19/2014, filed by Attorney Mr. Timothy P Kane for Appellant Mr. Billie Jerome Allen w/service 11/04/2014. [4213355] [14-3495]--[Edited 11/07/2014 by EDG to reflect correct relief]

**The following document(s) are associated with this transaction:**
Document Description:  Unopposed Motion for Scheduling Order
Document Description:  html notice of docket activity (generated 11/04/2014 15:24:50)
Document Description:  plain text notice of docket activity (generated 11/04/2014 15:24:50)

**Notice will be mailed to:**

Mr. Billie Jerome Allen
U.S. PENITENTIARY
26901-044
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov, patricia.rockers@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org