# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)
_____

**ORDER**

The appellant's motion for extension of time to file the Application for Certificate of

Appealability is granted. The application is due by December 19, 2014.

November 07, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans