IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-3495
(District Court Case No. 07-CV-0027 (E.D. Mo.))
**CAPITAL § 2255 PROCEEDINGS**

Billie Jerome Allen,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR CERTIFICATE OF APPEALABILITY**

Appellant Billie Jerome Allen, through counsel, respectfully asks this Court to

grant him an additional thirty (30) days within which to file his Petition for a

Certificate of Appealability from the decision of the United States District Court for

the Eastern District of Missouri denying his motion pursuant to 28 U.S.C. § 2255 and

denying a certificate of appealability. The Government has no opposition to this

request. In support of this Motion, Appellant states:

1.     Appellant is a death-sentenced federal prisoner, having been convicted

and sentenced to death in the United States District Court for the Eastern District of

Missouri. *See United States v. Allen*, 247 F.3d 741 (8th Cir. 2001).

2. In January 2007, Appellant filed in District Court a motion pursuant to 28 U.S.C. § 2255. The District Court subsequently denied discovery and denied an evidentiary hearing on all but one claim raised in the motion. In July 2014, the court denied relief on the remaining claim and denied a certificate of appealability.

3. The trial, appeal, and post-conviction record in this case spans many thousands of pages and involves complex issues of federal and constitutional law.

4. On November 4, 2014, this Court opened this appeal docket and appointed undersigned counsel. On the same date, counsel filed an unopposed request for forty-five (45) days to file a petition for certificate of appealability, which this Court granted.

5. Since that time, undersigned counsel has had multiple filing deadlines in other capital post-conviction cases, including an initial petition for post-conviction relief, a petition for en banc review in the United States Court of Appeals for the Third Circuit, and a certiorari petition in the United States Supreme Court. These and other competing obligations have limited the amount of time counsel could commit to preparing a professionally adequate petition in this case.

6. During the same time period, Appellant has been suffering significant medical problems that have required his hospitalization and limited his availability to consult with counsel.

7.     In order to prepare a petition for certificate of appealability that meets the high standard of advocacy expected by this Court, counsel requests an additional thirty (30) days within which to file a petition for certificate of appealability.

8.     Undersigned counsel has conferred with Government counsel, Carrie Constantin, Esq., who has indicated that the Government has no objection to this request.

WHEREFORE, Mr. Allen respectfully asks this Court to grant him thirty days, until January 20, 2015, within which to file a Petition for Certificate of Appealability.

Respectfully Submitted,

 /s/ Timothy Kane
Timothy Kane
Eric Montroy
Capital Habeas Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:     December 15, 2014

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 15th day of December, 2014, I filed the foregoing motion with electronic service to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

/s/ Timothy Kane
Timothy Kane