14-3495  Billie Allen v. United States

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 12/15/2014

**Case Name:**  Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
MOTION for extension of time to file Petition for Certificate of Appealability until 01/20/2015, filed by Attorney Mr. Timothy P Kane for Appellant Mr. Billie Jerome Allen w/service 12/15/2014. [4225751] [14-3495]--[Edited 12/17/2014 by EDG to correct relief]

**The following document(s) are associated with this transaction:**
Document Description:  Unopposed Motion for Extension of TIme to FIle Petition for COA
Document Description:  html notice of docket activity (generated 12/15/2014 09:13:46)
Document Description:  plain text notice of docket activity (generated 12/15/2014 09:13:46)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov, patricia.rockers@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org