IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-3495
(District Court Case No. 07-CV-0027 (E.D. Mo.))
**CAPITAL § 2255 PROCEEDINGS**

Billie Jerome Allen,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR CERTIFICATE OF APPEALABILITY**

Appellant Billie Jerome Allen, through counsel, respectfully asks this Court to
grant him an additional twenty (20) days within which to file his Petition for a
Certificate of Appealability from the decision of the United States District Court for
the Eastern District of Missouri denying his motion pursuant to 28 U.S.C. § 2255 and
denying a certificate of appealability. The Government has no opposition to this
request. In support of this Motion, Appellant states:

1. Appellant is a death-sentenced federal prisoner, having been convicted
and sentenced to death in the United States District Court for the Eastern District of
Missouri. *See United States v. Allen*, 247 F.3d 741 (8th Cir. 2001).

2. The District Court denied Mr. Allen's motion pursuant to 28 U.S.C. § 2255 and denied a certificate of appealability.

3. The trial, appeal, and post-conviction record spans many thousands of pages and involves complex issues of federal and constitutional law.

4. This Court has granted undersigned counsel's two prior requests for time to file a request for certificate of appealability. During the allotted time, counsel has made significant progress in researching and drafting the petition, but requires additional time to complete the petition and consult with Appellant about it.

5. Counsel's efforts to complete the petition by the current due date of January 20, 2015, have been impeded by Appellant's continuing hospitalizations and by counsel's significant case load in other capital cases.

6. In order to prepare a petition for certificate of appealability that meets the standard of advocacy expected by this Court in a capital case, counsel therefore requests an additional twenty (20) days within which to file a petition for certificate of appealability.

7. Undersigned counsel has conferred with Government counsel, Carrie Constantin, Esq., who has indicated that the Government has no objection to this request.

WHEREFORE, Mr. Allen respectfully asks this Court to grant him twenty days, until

February 9, 2015, within which to file a Petition for Certificate of Appealability.


Respectfully Submitted,

 /s/ Timothy Kane
Timothy Kane
Eric Montroy
Capital Habeas Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:        January 13, 2015

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 13th day of January, 2015, I filed the foregoing motion with electronic service to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

/s/ Timothy Kane
Timothy Kane