# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

---

**Case No. 14-3495**
**(CAPITAL § 2255 PROCEEDINGS)**

---

**BILLIE JEROME ALLEN,**

**Appellant,**

**v.**

**UNITED STATES OF AMERICA,**

**Appellee.**

---

## UNOPPOSED MOTION FOR LEAVE
## TO FILE OVERLENGTH PETITION

Appellant Billie Jerome Allen, through counsel, respectfully asks this Court to accept his overlength Petition for a Certificate of Appealability that is being filed subsequent to this Motion. The Petition is 55 pages long. The Government does not oppose this request. In support of this Motion, Appellant states:

1. Appellant is a death-sentenced federal prisoner.

2. In 1998, Mr. Allen was convicted on two federal counts relating to the murder of a security guard during a bank robbery in St. Louis, and was sentenced to death. This Court affirmed. *United States v. Allen*, 247 F.3d 741 (8th Cir. 2001). The Supreme Court subsequently granted certiorari, vacated this Court's decision,

and remanded for reconsideration in light of *Ring v. Arizona*, 536 U.S. 584 (2002). *See Allen v. United States*, 536 U.S. 953 (2002).

3. On remand, a panel of this Court vacated the death sentence. *United States v. Allen*, 357 F.3d 745 (8th Cir. 2004). The en banc Court reversed and reinstated Mr. Allen's death sentence. *United States v. Allen*, 406 F.3d 940 (8th Cir. 2005) (en banc), *certiorari denied, United States v. Allen*, 549 U.S. 1095 (2006).

4. In 2007, Mr. Allen initiated proceedings pursuant to 28 U.S.C. § 2255. In a Memorandum and Order on May 10, 2011, the District Court denied, without granting discovery or an evidentiary hearing, all but one of Mr. Allen's claims. After an evidentiary hearing on the remaining claim, the District Court, on June 25, 2014, denied the claim, and denied a certificate of appealability on all claims raised in the Amended Motion.

5. The pre-trial, trial, appeal, and post-conviction record in this case spans many thousands of pages and involves complex issues of procedural and constitutional law.

6. As a federal death penalty case, this matter warrants the most effective advocacy by undersigned counsel and the most careful scrutiny by this Court.

7. Fed. R. App. P. 5(c) requires the Court's permission for a petition for permission to appeal that exceeds 20 pages. In light of the voluminous record, the

complexity of the issues, and the importance of this matter, the Petition being filed on this date is 55 pages long. Counsel endeavored to select and present the issues in a concise manner, but found that a shorter submission was not feasible given their professional duties to Mr. Allen and to the Court. Accordingly, counsel respectfully requests that the Court accept the Petition as filed.

8. Undersigned counsel has communicated with Government counsel, Carrie Costantin, who has authorized the undersigned to represent that the Government has no objection to this request.

WHEREFORE, Mr. Allen asks this Court to accept the overlength Petition for

Certificate of Appealability being filed on this date.


Respectfully Submitted,

 /s/ Timothy Kane

_____
Timothy Kane
Eric Montroy
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:        February 9, 2015

# Certificate of Service

I, Timothy Kane, hereby certify that on this 9th day of February, 2015, I filed the foregoing Unopposed Motion for Leave to File Overlength Petition with service via electronic delivery to:

Ms. Carrie Costantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102


/s/ Timothy Kane
Timothy Kane