14-3495  Billie Allen v. United States

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 02/09/2015

**Case Name:**    Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
MOTION to file an overlength petition, filed by Attorney Mr. Timothy P Kane for Appellant Mr. Billie Jerome Allen w/service 02/09/2015. [4242739] [14-3495]--[Edited 02/12/2015 by EDG to correct doc description]

**The following document(s) are associated with this transaction:**
Document Description:  Motion for Leave to File Overlength Petition
Document Description:  html notice of docket activity (generated 02/09/2015 12:43:45)
Document Description:  plain text notice of docket activity (generated 02/09/2015 12:43:45)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov, patricia.rockers@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org