UNITED STATES DISTRICT COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 14-3495 EMSL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Capital §2255 Proceeding |
| | ) | |
| Appellee. | ) | |

GOVERNMENT'S MOTION FOR TIME TO RESPOND TO
PETITION FOR CERTIFICATE OF APPEALABILITY

COMES NOW the United States of America, by and through its attorneys,

Richard G. Callahan, United States Attorney for the Eastern District of Missouri,

and Carrie Costantin, First Assistant United States Attorney for said District, and

for its Motion For Time to Respond to Petition for Certificate of Appealability

states as follows:

1. In 2007, appellant filed a Motion pursuant to 28 U.S.C. §2255 in District

Court. On May 10, 2011, the District Court denied all but one claim without an

evidentiary hearing. In 2012, the District Court conducted a lengthy evidentiary

hearing on the remaining claim. On June 25, 2014, the District Court denied that

claim and denied a certificate of appealability on all claims.

2. On October 20, 2014, appellant filed a Notice of Appeal. This Court

1

granted counsel until February 9, 2015 to file a Petition for Certificate of Appealability. Appellant filed his Petition for Certificate of Appealability on February 9, 2015.

2. The Government requests that the Court grant it until March 5, 2015 to respond to the Petition. Appellant does not object to this request.

WHEREFORE, the United States respectfully requests this Honorable Court grant until March 5, 2015 for the Government to respond to the Petition for Certificate of Appealability.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

S/ Carrie Costantin
CARRIE A. COSTANTIN 35925MO
First Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
carrie.costantin@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2015, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

s/*Carrie Costantin*
CARRIE COSTANTIN 35925MO
Assistant United States Attorney