14-3495  Billie Allen v. United States

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 02/12/2015

**Case Name:**    Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
MOTION for extension of time to file response to Application for certificate of appealability, [4242741-2], until 03/05/2015, filed by Attorney Ms. Carrie Costantin for Appellee United States of America w/service 02/12/2015. [4244399] [14-3495]--[Edited 02/13/2015 by EDG to correct relief]

**The following document(s) are associated with this transaction:**
Document Description:  Motion for Time to Respond to Petition for Certificate of Appealability
Document Description:  html notice of docket activity (generated 02/12/2015 15:21:48)
Document Description:  plain text notice of docket activity (generated 02/12/2015 15:21:48)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov, patricia.rockers@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org