# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)
_____

## ORDER

The appeellee's motion for an extension of time to file response to the Application for

certificate of appealability is granted to March 5, 2015.


February 13, 2015


Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans