14-3495  Billie Allen v. United States

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 02/17/2015

**Case Name:**   Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
Prose APPLICATION for Certificate of Appealability, filed by Appellant Mr. Billie Jerome
Allen w/service 02/20/2015 [4246516] [14-3495]

**The following document(s) are associated with this transaction:**
Document Description:  Prose Appl. for COA

**Notice will be mailed to:**

Mr. Billie Jerome Allen
U.S. PENITENTIARY
26901-044
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov, patricia.rockers@usdoj.gov
Mr. Gregory J. Linhares: Lori_Miller-Taylor@moed.uscourts.gov,
beth_kirkland@moed.uscourts.gov,nicole_rode@moed.uscourts.gov,deborah_tichy@moed.usco
urts.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org