**FILED**

FEB 25 2015

MICHAEL GANS
CLERK OF COURT

2/23/15

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

(4:07-cv-00027-ERW)

BILLIE ALLEN
Appellant

14-3495

v.

Unites States Of America
Appelle

 This is a letter to the Court, seeking to confirm that the Court received a pro se motion, filed by myself, seeking to include an issue into my COA, which was filed by counsels, yet, it was without issues that I informed counsel(s) I wanted to be presented to the Court.

 I would talk to one of my attorneys to see if the motion had been put into the record, or whether or not it had been accepted by the Court, but counsel couldn't find any record of the motion in the record.

 Can the Court please let me know if it has received my motion, and if not, allow me the chance to present my issues to the Court, so that "all" my issues can be reviewed by the Court, and so that the Court can have "all" the facts in deciding this case.

Thank you,

Billie Allen
26901-044
P.O. Box. 33
Terre Haute, IN.
47808

**RECEIVED**

FEB 2 5 2015

U.S. COURT OF APPEALS
EIGHTH CIRCUIT