## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 02/25/2015

**Case Name:**    Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
LETTER from Appellant Mr. Billie Jerome Allen requesting confirmation of prose application for Cert. of Appealabiltiy. w/service 02/26/2015 (copy of docket sheet mailed- prose application rcvd and filed on 2/17/15). [4248499] [14-3495]

**The following document(s) are associated with this transaction:**
Document Description:  Letter

**Notice will be mailed to:**

Mr. Billie Jerome Allen
U.S. PENITENTIARY
26901-044
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov, patricia.rockers@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org