| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 14-3495 EMSL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Capital §2255 Proceeding |
| | ) | |
| Appellee. | ) | |

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO RESPOND TO PETITION FOR CERTIFICATE OF APPEALABILITY

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Carrie Costantin, First Assistant United States Attorney for said District, and for its Motion For Additional Time to Respond to Petition for Certificate of Appealability states as follows:

1. In 2007, appellant filed a Motion pursuant to 28 U.S.C. §2255 in District Court. On May 10, 2011, the District Court denied all but one claim without an evidentiary hearing. In 2012, the District Court conducted a lengthy evidentiary hearing on the remaining claim. On June 25, 2014, the District Court denied that claim and denied a certificate of appealability on all claims.

2. On October 20, 2014, appellant filed a Notice of Appeal. This Court granted counsel until February 9, 2015 to file a Petition for Certificate of

1

Appealability.   Appellant filed his Petition for Certificate of Appealability on February 9, 2015.

3.     The Court ordered the Government to respond to the Petition by March 5, 2015.  The Government requests an additional twenty-one days to file a response; that is, until March 26, 2015.  Appellant does not object to this request.

WHEREFORE, the United States respectfully requests that this Honorable Court grant until March 26, 2015 for the Government to respond to the Petition for Certificate of Appealability.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Carrie Costantin*
CARRIE A. COSTANTIN 35925MO
First Assistant United States Attorney
111 S. 10th  Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200
carrie.costantin@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2015, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

 */s/Carrie Costantin*
CARRIE COSTANTIN 35925MO
Assistant United States Attorney