# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)

_____

## ORDER

The appellee's motion for an extension of time to file response to the application is

granted to March 26, 2015.

March 04, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans