UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BILLIE JEROME ALLEN,                 )
                                     )
    Petitioner-Appellant ,           )
                                     )
    v.                               )    No. 14-3495
                                     )
UNITED STATES OF AMERICA,            )
                                     )
    Respondent-Appellee .            )

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH RESPONSE IN OPPOSITION TO
<u>PETITION FOR CERTIFICATE OF APPEALABILITY</u>**

COMES NOW the United States of America, by and through its attorneys,

Richard G. Callahan, United States Attorney for the Eastern District of Missouri,

and Carrie Costantin, First Assistant United States Attorney for said District, and

files its Motion for Leave to File Overlength Response in Opposition to Petition for

Certificate of Appealability.

1.  In 1998, Allen was found guilty of killing bank security guard Richard

Heflin in the course of committing an armed bank robbery, in violation of 18

U.S.C. § 2113(a) and (e) (1994) and with using a firearm to commit a crime of

violence resulting in the death of another under circumstances constituting first-

degree murder, in violation of 18 U.S.C. § 924(j)(1) (1994 and Supp. II 1996).

Allen was sentenced to death.

2.  On direct appeal, this Court affirmed Allen's convictions and sentences.

1

*United States. v. Allen*, 247 F.3d 741, 761-64 (8th Cir. 2001).  Allen filed a petition for writ of certiorari to the United States Supreme Court. The Supreme Court granted  Allen's petition, vacated this Court's decision as to his sentence, and remanded the case to this Court for reconsideration in light of  *Ring v. Arizona*, 536 U.S. 584 (2002).

3.  On remand, a panel of this Court initially concluded Allen's sentence of death should be vacated.  Following a subsequent rehearing en banc, however, this Court affirmed Allen's sentence.  *United States v. Allen*, 406 F.3d 940 (8th Cir. 2005).  On December 11, 2006, the Supreme Court denied Allen's petition for writ of certiorari, *Allen v. United States*, 549 U.S. 1095 (2006), and, on February 20, 2007, it denied his petition for rehearing.  *Allen v. United States*, 549 U.S. 1246 (2007).

4.  In 2007, Allen filed a Motion pursuant to 28 U.S.C. §2255 in District Court.  On February 11, 2008, he filed an Amended Motion.   On May 10, 2011, in a Memorandum and Order, the District Court denied all but one claim without an evidentiary hearing.  In 2012, the District Court conducted a lengthy evidentiary hearing on that claim.  On June 25, 2014, in a Memorandum and Order, the District Court denied that claim and denied a certificate of appealability on all claims.

5.  On October 20, 2014, Allen filed a Notice of Appeal.  On February 9, 2015, Allen filed a "Petition for Certificate of Appealability."  Fed. R. App. P. 5(c)

requires the Court's permission to file a petition that exceeds twenty pages. The

Court granted Allen permission to file a fifty-five page petition.

6. The Court ordered the Government to file a response by March 26, 2015.

Court rules also require the Court's permission to file a response that exceeds

twenty pages. The Government requests permission to file a forty-three page

response. Counsel for Allen does not object to this request.

WHEREFORE, for the foregoing reasons, the Government respectfully

requests this Honorable Court to accept the overlength Response in Opposition to

Petition for Certificate of Appealability.

Respectfully Submitted,
RICHARD G. CALLAHAN
United States Attorney

*/s/ Carrie Costantin*
Carrie Costantin
First Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2015, the foregoing was filed electronically with
the Clerk of the Court and served electronically on all parties of record.

*s/Carrie Costantin*
Assistant United States Attorney