# METROPOLITAN POLICE DEPARTMENT - CITY OF ST. LOUIS

## LABORATORY REPORT

**RE:** Richard HEFLIN
6900 Clayton    :VICTIM

Norris HOLDER
5607 Curry    :SUSPECT

Billy ALLEN
3164 Oregon    :SUSPECT

HOMICIDE/BANK ROBBERY,
3-17-97

**COMPLAINT NO.:** 97-3 4 2 8 4

**DATE RECEIVED:** 3-17/3-18 & 3-19-97

**DATE EXAMINED:** 4-3-97

**LABORATORY NO.:** 7 0 3 3 6 0

**EXAMINER:** JOSEPH STEVENS

**EXAMINED FOR:** Homicide Section
Det. Nickerson

## REPORT

**SPECIMENS:**

Q-1. Metal can containing one damp rag.

Q-2. One metal can containing carpet and debris from behind passenger seat of van.

Q-3. Paper evidence bag containing clothing of suspect Allen consisting of: a) gray sweatpants, b) blue sweatpants, c) black, red and white pullover shirt.

Q-4. Paper evidence bag containing clothing of suspect Norris consisting of: a) blue coveralls, b) blue and red "Nautica" shirt, c) blue jeans, d) white "bullet proof" vest.

Q-5. Paper evidence bag containing one black leather jacket recovered from front seat of vehicle.

Q-6. Paper evidence bag containing plastic bag containing one pair of very wet leather gloves.

## RESULTS OF EXAMINATION:

Q-1. Gas chromatographic analysis of the head space of Specimen Q-1 failed to disclose the presence of any petroleum distillates.

Q-2. Gas chromatographic analysis of the head space of Specimen Q-2 disclosed the presence of gasoline.

Q-3 through Q-6. Specimens Q-3 through Q-6 were repackaged by heat sealing in Kapak bags.

Subsequent gas chromatographic analysis of the head spaces inside these Kapak bags disclosed the following:

Q-3. No petroleum distillates were detected.

Q-4. Gasoline detected

Q-5. Gasoline detected

Q-6. Gasoline detected

0000157

Exhibit 1



All specimens will be forwarded to the FBI for further examination.

## CHAIN OF CUSTODY

Q-1            to            Vincent 3201     to      Stevens 6766                    to
P.O. Schulze 2395     3-17-97                    3-18-97

            S.A.Hartman
            4-4-97


Q-2            to            Crow 0620        to      Stevens 6766                    to
Det. Horn 3882        3-18-97                    3-18-97

            S.A. Hartman
            4-4-97


Q-3 & Q-4 to            Stevens 6766     to      S.A. Hartman
Det. Carroll 3263     3-19-97                    4-4-97


Q-5            to            Turner 1098      to      Stevens 6766                    to
P.O. Barton           3-18-97                    3-18-97

            S.A. Hartman
            4-4-97


Q-6            to            Vincent 3201     to      Stevens 6766                    to
P.O. Priest           3-17-97                    3-18-97

            S.A. Hartman
            4-4-97


EXAMINER: _____
                    Joseph Stevens
                    Criminalist