UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

*3/27/15*

BILLIE ALLEN

    Petitioner-Appellant

v.

UNITED STATES OF AMERICA

    Respondent-Appellee

No. 14-3495

# FILED

APR - 6 2015

MICHAEL GANS
CLERK OF COURT

## MOTION TO HAVE A PHONE CONFERENCE WITH COURT

This is a pro se motion, asking if the Court will allow a hearing/phone conference to take place between myself, counsel(s) of record and the Court, in regards to counsel(s) representation and counsel(s) unwillingness and/or failure to present issues on my behalf, which I asked counsel to present, but counsel(s) decided not to do so.

Respectfully Submitted,

Billie Allen

26901-044

P.O. BOX 33

Terre Haute, IN.

47808

# RECEIVED

APR - 6 2015

U.S. COURT OF APPEALS
EIGHTH CIRCUIT