COURT OF APPEALS

BILLIE ALLEN,

V.

THE UNITED STATES OF AMERICA

14-3495

No.4:07 CV 27 ERW

This is a pro se motion asking the Court'd permission to respond to the Government's response to the motion seeking COA. I only ask for 30 days from the time the Court receives this letter to file a response.

4/9/15

FILED
APR 1 3 2015
MICHAEL GANS
CLERK OF COURT

Respectfully submitted,

Billie Allen

RECEIVED
APR 1 3 2015
U.S. COURT OF
E...