14-3495  Billie Allen v. United States

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/13/2015

**Case Name:**   Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
Prose MOTION to file a reply to response , [4258361-2], filed by Appellant Mr. Billie Jerome Allen w/service 04/14/2015. [4265313] [14-3495]

**The following document(s) are associated with this transaction:**
Document Description:  Prose Motion to File Reply

**Notice will be mailed to:**

Mr. Billie Jerome Allen
U.S. PENITENTIARY
26901-044
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov, usamoe.appealsdock@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov,
patricia.rockers@usdoj.gov,usamoe.appealsdock@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org