14-3495  Billie Allen v. United States

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/27/2015

**Case Name:**   Billie Allen v. United States
**Case Number:**  14-3495

**Docket Text:**
REPLY to response [4258361-2] filed by Appellant Mr. Billie Jerome Allen w/service 05/01/2015. [4270966] [14-3495]

**The following document(s) are associated with this transaction:**
Document Description:  Reply

**Notice will be mailed to:**

Mr. Billie Jerome Allen
U.S. PENITENTIARY
26901-044
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Ms. Carrie Costantin: carrie.costantin@usdoj.gov, usamoe.appealsdock@usdoj.gov
Mr. Timothy P Kane: Timothy_Kane@fd.org
Mr. Joseph M. Landolt: joseph.landolt@usdoj.gov,
patricia.rockers@usdoj.gov,usamoe.appealsdock@usdoj.gov
Mr. Eric John Montroy: Eric_Montroy@fd.org, tina_decandia@fd.org