**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 18, 2015

Mr. Timothy P Kane
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

RE:  14-3495  Billie Allen v. United States

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc:     Mr. Billie Jerome Allen
        Ms. Carrie Costantin
        Mr. Joseph M. Landolt
        Mr. Gregory J. Linhares
        Mr. Eric John Montroy
        Honorable E. Richard Webber

        District Court/Agency Case Number(s):  4:07-cv-00027-ERW