# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)
_____

## CORRECTED ORDER

This order corrects the previous order of May 18, 2015. The word "ineffective" is deleted from line 2 and substituted with the word "effective".

Appellant Billie Jerome Allen's application for a certificate of appealability is granted as to the issue raised in Point I of the application: Whether Mr. Allen was denied effective assistance of counsel when trial counsel failed to object to the empanelling of an anonymous jury.

The application is denied in all other respects. Allen's pro se application for a certificate of appealability is also denied. Allen's pro se motion for a telephone conference is denied.

May 18, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans