IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-3495
**CAPITAL § 2255 PROCEEDINGS**

Billie Jerome Allen,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**NOTICE OF METHOD OF APPENDIX PREPARATION**

Pursuant to this Court's scheduling Order of May 18, 2015, Appellant Billie Jerome Allen, through counsel, respectfully submits this notice of the method of appendix preparation for this appeal. After consultation with Government counsel, the parties have agreed to submit a joint appendix pursuant to Fed. R. App. P. 30(a) & (b) and 8th Cir. R. 30A(b)(2).

Respectfully Submitted,

 /s/ Timothy Kane 
Timothy Kane
Eric Montroy
Capital Habeas Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:          May 29, 2015

# Certificate of Service

I, Timothy Kane, hereby certify that on this 29th day of May, 2015, I filed the foregoing notice with electronic service to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

/s/ Timothy Kane
Timothy Kane