IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-3495
**CAPITAL § 2255 PROCEEDINGS**

Billie Jerome Allen,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**DESIGNATION AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to this Court's scheduling Order of May 18, 2015, Appellant Billie Jerome Allen, through counsel, respectfully submits this designation and statement of issues on appeal. As set forth in this Court's corrected Order granting in part and denying part Appellant's petition for certificate of appealability, the issue in this appeal is "[w]hether Mr. Allen was denied effective assistance of counsel when trial counsel failed to object to the empanelling of an anonymous jury."

Respectfully Submitted,

/s/ Timothy Kane
Timothy Kane
Eric Montroy
Capital Habeas Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:     May 29, 2015

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 29th day of May, 2015, I filed the foregoing designation and statement with electronic service to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

/s/ Timothy Kane
Timothy Kane