IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-3495
(District Court Case No. 07-CV-0027 (E.D. Mo.))
**CAPITAL § 2255 PROCEEDINGS**

Billie Jerome Allen,

Appellant,

v.

United States of America,

Appellee.

**UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX**

Appellant Billie Jerome Allen, through counsel, respectfully asks this Court to grant a sixty-day extension of time to file Appellant's Brief and the Joint Appendix. The Government has no opposition to this request. In support of this Motion, Appellant states:

1. Appellant is a death-sentenced federal prisoner, having been convicted and sentenced to death in the United States District Court for the Eastern District of Missouri. *See United States v. Allen*, 247 F.3d 741 (8th Cir. 2001).

2. In January 2007, Appellant filed in District Court a motion pursuant to 28 U.S.C. § 2255. In July 2014, the court denied relief and denied a certificate of

appealability.

3.     On May 18, 2015, this Court granted in part Appellant's application for a certificate of appealability.  The Court set an initial due date of July 7, 2015, for Appellant to file his Brief and the Appendix.

4.     Since that time, counsel for the parties have agreed to submit a Joint Appendix and have begun to assemble it.  Undersigned counsel has also been conducting research for Appellant's Brief.

5.     However, undersigned counsel has had multiple filing deadlines in other capital post-conviction cases during this time period, including a habeas petition in federal district court, a principal brief in the Pennsylvania Supreme Court, and several additional substantive pleadings.  These and other obligations have limited the time counsel could commit to preparing Appellant's Brief in this matter.

6.     Accordingly, counsel requests an additional sixty (60) days within which to file Appellant's Brief and the Joint Appendix.

7.     Undersigned counsel has conferred with Government counsel, Carrie Constantin, Esq., who has indicated that the Government has no objection to this request.

WHEREFORE, Mr. Allen respectfully asks this Court to grant him sixty days, until

September 8, 2015, within which to file Appellant's Brief and the Joint Appendix.


Respectfully Submitted,

 /s/ Timothy Kane
Timothy Kane
Eric Montroy
Capital Habeas Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:          June 30, 2015

## Certificate of Service

I, Timothy Kane, hereby certify that on this 30th day of June, 2015, I filed the foregoing motion with electronic service to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

/s/ Timothy Kane
Timothy Kane