# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)
_____

**ORDER**

Appellant's motion for an extension of time to file the brief and appendix is granted in

part to be filed.  Appellant may have until July 30, 2015 to file the brief and appendix.

June 30, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans