# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 20, 2016

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

     RE:  14-3495  Billie Allen v. United States

Dear Sirs:

     A published opinion was filed today in the above case.

     Counsel who presented argument on behalf of the appellant was Timothy P Kane, AFPD, of Philadelphia, PA.

     Counsel who presented argument on behalf of the appellee was Carrie Costantin, AUSA, of Saint Louis, MO.

     The judge who heard the case in the district court was Honorable E. Richard Webber. The judgment of the district court was entered on August 22, 2014.

     If you have any questions concerning this case, please call this office.

          Michael E. Gans
          Clerk of Court

SRD

Enclosure(s)

cc:  MO Lawyers Weekly

     District Court/Agency Case Number(s):  4:07-cv-00027-ERW