# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

## Case No. 14-3495

_____

## BILLIE JEROME ALLEN,

## Appellant,

## v.

## UNITED STATES OF AMERICA,

## Appellee.

_____

## UNOPPOSED MOTION FOR EXTENSION OF
## TIME TO FILE PETITION FOR REHEARING

_____

Appellant Billie Jerome Allen, through counsel, respectfully moves for an extension of 30 days to complete and file a petition for *en banc* rehearing in the above-captioned matter. The Government does not oppose this Motion. In support, Appellant submits:

1.  This is an appeal in a capital section 2255 proceeding.

2.  Appellant's petition for rehearing is presently due on or before September 6, 2016. Appellant has not previously sought an extension for his rehearing petition.

1

3.      Undersigned counsel wish to file a petition that meets the high standard of advocacy expected in this Court and in capital cases generally. Counsel's workload and personal commitments in the past month, however, have prevented them from devoting adequate time to the research and preparation of the petition.  In addition to filings in specific federal capital cases, undersigned counsel faced a statutory deadline of August 8, 2016, for clients to file petitions for post-conviction relief in Pennsylvania based on the United States Supreme Court's decision in *Williams v. Pennsylvania*, 136 S. Ct. 1899 (June 9, 2016).  Thereafter, both undersigned counsel were travelling on previously scheduled family vacations.

4.      Counsel have also been consulting with and attempting to address Appellant's concerns regarding the petition, but those consultations have been limited by the above commitments and by Appellant's hospitalization for recurring medical problems.

5.      Accordingly, undersigned counsel respectfully seeks this extension. This request is made in good faith and is not predicated on an intent to delay, but is based on counsel's desire to prepare a petition that best promotes their client's interests and is of aid to this Court.

6.     Undersigned counsel has contacted counsel for the Government, Carrie Costantin, Esq., and Ms. Costantin indicated that the Government does not oppose this Motion.

WHEREFORE, Appellant respectfully requests that this Court grant this Motion for an extension of 30 days, until October 6, 2016, to file Appellant's petition for *en banc* rehearing.

Respectfully Submitted,


/s/ Timothy Kane
Timothy Kane
Eric Montroy
Federal Community Defender Office
  for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated:     August 26, 2016

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 26th day of August, 2016, I filed the foregoing Motion with service via electronic delivery to:

Ms. Carrie Constantin
First Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102


/s/ Timothy Kane
Timothy Kane