# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)
_____

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is

also denied.

November 01, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans