# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)

_____

## MANDATE

In accordance with the opinion and judgment of 07/20/2016, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

November 09, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit