## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:**      November 16, 2016

RE:        14-3495  Billie Allen v. United States

**TO:**      Gregory J. Linhares

**FROM:**    James J. Foster

Enclosed are the following records for return to your office:

Original file:             Transcript: 18 vols.

Deposition:             Sealed:

Exhibits:

Other: 1 envelope of sealed record

[x]  Case closed            [ ]  Counsel appointed

[ ]  Per your request      [ ]  Return to this office

Enclosure(s)

     District Court/Agency Case Number(s):   4:07-cv-00027-ERW

JJF