# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 18, 2017

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

    Re: Billie Jerome Allen
       v. United States
       Application No. 16A708
       (Your No. 14-3495)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on January 18, 2017, extended the time to and including March 1, 2017.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Jacob C. Travers
Case Analyst

RECEIVED

JAN 23 2017

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Stuart B. Lev
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Building, Suite 545 West
601 Walnut Street
Philadelphia, PA  19106


Mr. Ian Heath Gershengorn
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102