# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 8, 2017

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102


Re:   Billie Jerome Allen
      v. United States
      No. 16-8229
      (Your No. 14-3495)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 1, 2017 and placed on the docket March 8, 2017 as No. 16-8229.


Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst