# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 14, 2017

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

     RE:  14-3495  Billie Allen v. United States

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

     Michael E. Gans
     Clerk of Court

SRD

Enclosure(s)

     District Court/Agency Case Number(s):  4:07-cv-00027-ERW