**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**      Mr.  Gregory J. Linhares

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   October 04, 2017

**RE:**      14-3495  Billie Allen v. United States

            District Court/Agency Case Number(s):   4:07-cv-00027-ERW

_____

        Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

AMT